UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| ROBERT M. ROSS | ) | CASE NO.  07-32651 |
| RENEE A. ROSS | ) | CHAPTER  13/lap |
| | ) | |
| Debtor(s) | ) | |

## COURT MINUTES

**NATURE OF PROCEEDINGS:** Hearing on the Chapter 13 Trustee's MOTION TO DISMISS filed on January 26, 2009

**DATE & TIME:** March 19, 2009 at 3:00 p.m.                             **DOCUMENT NO.**  83

**APPEARANCES:**
ATTORNEY FOR DEBTOR(S): PATRICK M. SEESE, ESQ .............................. Not Present
CHAPTER 13 TRUSTEE: DEBRA L. MILLER, ESQ ..................................... Present

---

　　　　Hearing was held on March 19, 2009, in South Bend, Indiana, on MOTION TO DISMISS filed by the Chapter 13 Trustee.

　　　　The court, being duly advised, grants the Chapter 13 Trustee's motion to dismiss.

　　　　**IT IS ORDERED** the above-captioned Chapter 13 petition is hereby **dismissed, without prejudice.** The automatic stay on creditor actions against the debtor and the debtor's property is removed pursuant to 11 U.S.C. § 362(c)(2)(B).

　　　　Upon receipt of the Standing Chapter 13 Trustee's final report and account, the case may be closed. Any wage deduction order which may be in force is <u>terminated</u> effective with the date of this order.  Any entity wishing to file a request for payment of an administrative expense under 11 U.S.C. § 503(b) shall file the request within 14 days from the date of this order.

　　　　The Clerk is directed to send a copy of this order to all creditors and parties in interest.


　　　　　　　　　　　　　　DATED:    March 24, 2009


　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　Harry C. Dees, Jr., Chief Judge        CII
　　　　　　　　　　　　　　United States Bankruptcy Court